MONTGOMERY, CHAPIN & FETTEN, P.C.
ROBERT C. CHAPIN (0852)
745 ROUTE 202/206, SUITE 101
BRIDGEWATER, NJ 08807
(908) 203-8833
Attorney for Plaintiff Irene D'Ovidio
Our File No. GP 19696 SOM-3

| | |
|---|---|
| IRENE D'OVIDIO,<br><br>      Plaintiff,<br><br>vs.<br><br>1621 ROUTE 22 OPERATING COMPANY, LLC, D/B/A SOMERSET VALLEY REHABILITATION AND NURSING CENTER, DOREEN ILLIS, CAREONE MANAGEMENT, LLC, ABC CORP. 1-5 (fictitious corporations whose names are not known, AND JOHN DOES 1-5 (fictitious individuals whose names are not known),<br><br>      Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO. 3:12-CV-04838<br><br><br>**Document Filed Electronically** |

## ENTRY OF APPEARANCE

To the Clerk:

  Kindly enter the appearance of Montgomery, Chapin & Fetten, P.C. and the undersigned on behalf of Plaintiff Irene D'Ovidio in the above matter.

                   MONTGOMERY, CHAPIN & FETTEN, P.C.

                   By: _____
                     Robert C. Chapin

Dated: January 15, 2013.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2013, I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the Court's Electronic Case Filing System. the aforementioned document is now available for viewing and downloading from the ECF System. By virtue of this filing, service is complete upon the following:

>Sandra S. Moran, Esq.
>Buchanan Ingersoll Rooney, PC
>700 Alexander Park, Suite 300
>Princeton, NJ 08540-6347

>MONTGOMERY, CHAPIN & FETTEN, P.C.

>By: _____
>Robert C. Chapin

Dated: January 15, 2013.